IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. NICASTRO, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SARA MCMULLEN, et al., | : | No. 21-3176 |
| *Defendants* | : | |

## ORDER

AND NOW, this 22nd of April, 2022, upon consideration of Mr. Nicastro's *pro se* complaint (Doc. No. 2), Mr. Doughty's motion to dismiss (Doc. No. 19), Ms. McMullen's motion to dismiss (Doc. No. 20), Mr. Nicastro's responses in opposition (Doc. Nos. 31 & 35), which the Court partially construes as a motion to add T. W. Ponessa & Associates as a defendant (Doc. No. 31), and Mr. Nicastro's motion to hold Mr. Doughty and Ms. McMullen in contempt (Doc. No. 29), it is hereby **ORDERED** as follows for the reasons set forth in the accompanying memorandum:

1. Mr. Doughty and Ms. McMullen's motions to dismiss (Doc. Nos. 19 & 20) are **GRANTED** and Mr. Nicastro's claims are **DISMISSED WITHOUT PREJUDICE**;

2. Mr. Nicastro is **GRANTED** leave to file an amended complaint within 30 days;

3. Mr. Nicastro's motions (Doc. Nos. 29 & 31) are **DENIED**;

4. The Clerk of Court is directed to **UPDATE** Mr. Nicastro's mailing address to 315 S. Broad Street # 1126 Philadelphia, PA 19107, pursuant to Mr. Nicastro's request (*see* Doc. No. 35, at ECF 3).

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE