IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. NICASTRO, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| SARA MCMULLEN, et al., *Defendants* | : : : | No. 21-3176 |

## ORDER

**AND NOW**, this 16th day of September, 2022, upon consideration of Mr. Nicastro's *pro se* complaint (Doc. No. 2), his amended complaint (Doc. No. 38), Mr. Doughty's motion to dismiss (Doc. No. 39), and Mr. Nicastro's response in opposition (Doc. No. 40), it is hereby **ORDERED** that Mr. Doughty's motion to dismiss (Doc. No. 39) is **GRANTED** and Mr. Nicastro's claims against Mr. Doughty are **DISMISSED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1