IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. NICASTRO,<br>　　　　　*Plaintiff* | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | |
| SARA MCMULLEN, et al.,<br>　　　　　*Defendants* | :<br>:<br>: | No. 21-3176 |

## ORDER

**AND NOW**, this _____ day of November, 2022, upon consideration of Mr. Nicastro's *pro se* complaint (Doc. No. 2), his amended complaint (Doc. No. 38), Ms. McMullen's motion to dismiss (Doc. No. 45), and Mr. Nicastro's response in opposition (Doc. No. 40), it is hereby **ORDERED** that Ms. McMullen's motion to dismiss (Doc. No. 39) is **GRANTED** and Mr. Nicastro's claims against Ms. McMullen are **DISMISSED**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_/s/ Gene E.K. Pratter_
　　　　　　　　　　　　　　　　　　　　　**GENE E.K. PRATTER**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1